UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  **Zachary Hallman (P 78327)**　　　　　Misc. No. 22-50260

_____/　　　Hon. Mark A. Goldsmith

　　　　　　　　　　　　　　　　　　　　　　　Hon. Terrence G. Berg

　　　　　　　　　　　　　　　　　　　　　　　Hon. Shalina D. Kumar

### ORDER APPOINTING THREE JUDGE PANEL

Petitioner, Zachary Hallman, was suspended from the practice of law before the state courts of Michigan for a period of 45 days, effective May 27, 2023. On July 18, 2023 he was reinstated by the Attorney Discipline Board.

In accordance with E.D. Mich. LR 83.22(i), on October 13, 2023,

Zachary Hallman filed an Affidavit in requesting reinstatement to practice of law before the federal courts within the Eastern District of Michigan.

Pursuant to E.D. Mich. LR 83.22(i), the Affidavit has been assigned for hearing before Judge Mark A. Goldsmith, Chairperson; Judge Terrence G. Berg and Judge Shalina D. Kumar.

By virtue of 28 U.S.C. § 136(B), Zachary Hallman will have the burden of demonstrating by clear and convincing evidence that he (1) has the moral qualification, competency and learning in the law that is required for admission to the practice of law before this Court, and (2) will not commit any act that will be detrimental to the integrity of the State Bar of Michigan, the administration of justice, or the public interest.

1

If Zachary Hallman is found fit to resume the practice of law, he will be reinstated, subject to those conditions which may be imposed upon him under the Local Rules of this Court.  However, if found to be unfit to resume the practice of law, the Petition will be dismissed.

The presiding judge in this matter will forward a copy of the decision to Chief Judge Sean F. Cox.

s/Sean F. Cox
Sean F. Cox, Chief Judge
United States District Court

Dated:   October 23, 2023
         Detroit, Michigan